SA:AES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**13 M 680**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JENNIFER JOHNSON,

Defendant.

REMOVAL TO THE WESTERN
DISTRICT OF NEW YORK

(Fed R. Crim. P. 5)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

JOHN MCDERMOTT, being duly sworn, deposes and states that he is a Postal Inspector for the United States Postal Inspection Service ("USPIS"), duly appointed according to law and acting as such.

On or about June 14, 2012, an arrest warrant was issued by the United States District Court for the Western District of New York commanding the arrest of defendant JENNIFER JOHNSON for devising a scheme and for attempting and/or conspiring to devise a scheme to defraud investors by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Sections 1341, 1343, and 1349.

The source of your deponent's information and the grounds for his belief are as follows:

1. On or about June 14, 2012, the defendant JENNIFER JOHNSON was indicted in the Western District of New York for devising a scheme and for attempting

and/or conspiring to devise a scheme to defraud investors by means of materially false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Sections 1341, 1343, and 1349. A copy of the indictment is attached hereto as Exhibit A.

2. On or about June 14, 2012, the District Court for the Western District of New York issued an arrest warrant for the defendant JENNIFER JOHNSON in connection with the above-described indictment. A copy of the arrest warrant from the Western District of New York is attached hereto as Exhibit B.

3. On or about August 5, 2013, the defendant JENNIFER JOHNSON arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard American Airlines Flight 866 from Haiti. When the defendant presented her passport to agents from Customs and Border Protection ("CBP"), those agents determined that there was an arrest warrant for the defendant and detained her.

4. CBP agents contacted the USPIS, and two Postal Inspectors arrived at JFK on or about August 5, 2013. The defendant confirmed her identity to the Postal Inspectors, and acknowledged that she was the individual wanted on the warrant in the Western District of New York. The defendant JENNIFER JOHNSON was subsequently placed under arrest.

WHEREFORE, your deponent respectfully requests that defendant JENNIFER JOHNSON be dealt with according to law.

JOHN MCDERMOTT
Postal Inspector
USPIS

Sworn to before me this
6th day of August, 20

---

THE HONORABLE MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK